# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

JOSHUA ALLEN MEDCALF
[You are the PLAINTIFF, print your full name on this line.]

v.

SGT. R. BREWER
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  3:23-cv-252
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] SGT R. BREWER | P.O. BOX 1111 CARLISLE, INDIANA 47838 WABASH VALLEY CORRECTIONAL FACILITY |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing?  1

2. What is the name and address of your prison or jail? WABASH VALLEY CORRECTIONAL FACILITY P.O. BOX 1111 CARLISLE, INDIANA 47838

3. Did the event you are suing about happen there? ☑ Yes.  ○ No, it happened at: _____

4. On what date did this event occur? FEBRUARY 14, 2023

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. ON 2/14/23 AT APPROXIMATELY 7:41O AM I, JOSHUA ALLEN MEDCALF WAS BEING ESCORTED ON FOOT AT WABASH VALLEY CORRECTIONAL FACILITY FROM THE (SCU) SECURITY CONFINEMENT UNIT TO (CCU) CUSTODY CONTROL UNIT BY SGT. R. BREWER AND SGT M. CUNNINGHAM AND SGT K. D'ANGELO. ACROSS THE NORTH YARD. AFTER PASSING THROUGH GATE 44 I WAS THROWN TO MY BACK BY SGT R. BREWER. SGT R. BREWER YELLED "YOU MOTHER FUCKER STABB ONE OF US" THEN PROCEDED WITH HIS LEFT KNEE TO KNEE ME IN MY RIGHT SIDE OF MY FACE. HE THEN PULLED ME UP AND ESCORTED ME THE REST OF WAY TO (CCU). UPON ENTRY TO (CCU) PICTURES WERE TAKEN OF MY BODY. WITH A KNOT UNDER MY RIGHT EYE I STATED SGT R. BREWER KNEED ME IN THE FACE THE C/O WHICH NAME I DON'T KNOW EVEN AFTER ASKING HIS NAME HE REFUSED STATED "IS THAT ALL" AND SMILED. I WAS TRANSFERED TO (WESTVILLE CONTROL UNIT) 5501 SOUTH 11CU WEST WESTVILLE, INDIANA 46391 THAT AFTER NOON. MY PRISON DHB HEARING WAS FRIDAY 24 2023. WHERE I WAS TOLD THAT NO FOOTAGE AND NO CAMERA WAS THERE. WHICH IS A LIE. AT GATE 44 SEPERATES NORTH YARD AND NORTH COMMISARY DOOR. ABOVE GATE 44 IS A CAMERA. THE PLACE

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

WHERE SGT R. BREWER THREW ME DOWN AT WAS NO LESS OR MORE THAN 50 FEET FROM THAT CAMERA. NOW IF THERE IS NO CAMERA FOOTAGE, WHY WAS AN INMATE WHO WAS SUSSPECTED OF ASSAULTING ANOTHER SGT WITH A WEPON TAKEN BY WAY OF A DYSFUNCTIONAC OR NO CAMERA AT ALL. AND ASSAULTED BY ANOTHER SGT

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

5. When did this event happen?
   - ○ Before I was confined.
   - ○ While I was confined awaiting trial.
   - ○ After I was convicted while confined serving the sentence.
   - ☑ Other: BEFORE I WAS CONFINED, WHILE SERVING MY SENTENCE

6. Have you ever sued anyone for this exact same event?
   - ☑ No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ○ No, this event is not grievable at this prison or jail.
   - ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because _____

I DID BUT NO RESPONSE WAS GIVEN. I FEEL MY MAIL WAS BEING TAMPERED WITH CAUSE OF WHY I WAS ON LOCK UP

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

TO PAY THE MONETARY VALUE OF PUNITIVE AND MENTAL DAMAGES IN THE VALUE OF $20,000 NO MORE OR LESS THEN $10,000

[Initial Each Statement]
- JAM  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
- JAM  I will keep a copy of this complaint for my records.
- JAM  I will promptly notify the court of any change of address.
- JAM  I WILL NOT send more than one copy of any filing to the court.
- JAM  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
- JAM  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 3 / 21 /20 23 at 1 am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____          166991
Signature                           Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]